| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>GUIN, J. FOY, JR. | 2. Court or Organization<br><br>U.S.DISTRICT COURT, N.D. ALA. | 3. Date of Report<br><br>05/14/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>1729 FIFTH AVENUE NORTH<br>SUITE 918<br>BIRMINGHAM, ALABAMA 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Alabama Law Institute |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 27 A 10: 29 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/14/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1/3 interest in lot located in Haleyville, Ala. | A | Rent | J | W | | | | | |
| 2. Regions Bank (checking) | A | Interest | J | T | | | | | |
| 3. Regions Bank (checking) | A | Interest | J | T | | | | | |
| 4. B'ham Fed Employees Fed Cr Union (sav/cking) | A | Interest | | | Name change | | | | Legacy Community FCU |
| 5. Legacy Community FCU (checking) | A | Interest | J | T | | | | | |
| 6. ExxonMobil Corp com | E | Dividend | P1 | T | | | | | |
| 7. AT&T | B | Dividend | L | T | | | | | |
| 8. FMI Funds | A | Dividend | J | T | | | | | |
| 9. IRA ACCT. A | A | Div & int | K | T | | | | | |
| 10. -Pershing Govt Acct (Money market fund) | | | | | | | | | |
| 11. -Teco Energy Inc com. | | | | | | | | | |
| 12. -Regions Financial Corp com | | | | | | | | | |
| 13. -Home Depot, Inc com | | | | | Sell | 09/10 | J | | |
| 14. -Disney Walt Co Holding Co | | | | | | | | | |
| 15. -Dow Chem Co | | | | | | | | | |
| 16. -Citadel Broadcasting | | | | | Spinoff | 06/18 | J | | Walt Disney Co |
| 17. -Grainger, WW, Inc. | | | | | Buy | 10/17 | J | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | | P4 –More than $50,000,000 | | |
| 3. Value Method Codes | Q –Appraisal | R –Cost (Real Estate Only) | S –Assessment | T –Cash Market | |
| (See Column C2) | U –Book Value | V –Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  IRA ACCT. B | C | Div & Int | M | T | | | | | |
| 19.  -Applied Materials Inc com | | | | | | | | | |
| 20.  -Bank of America Corp com | | | | | | | | | |
| 21.  -General Electric Corp com | | | | | | | | | |
| 22.  -Merck & Co Inc com | | | | | | | | | |
| 23.  -Pershing Govt Fund (Money market fund) | | | | | | | | | |
| 24.  -Lowes Cos, Inc com | | | | | | | | | |
| 25.  -Home Depot, Inc | | | | | Sell | 09/10 | J | | |
| 26.  -Grainger, WW, Inc | | | | | Sell | 07/12 | J | C | |
| 27.  -Lubrizol Corp | | | | | | | | | |
| 28.  -Dow Chemical Co | | | | | Sell | 10/24 | J | A | |
| 29.  -Dell, Inc | | | | | | | | | |
| 30.  -Timken Co | | | | | Sell | 05/01 | J | B | |
| 31.  -Motorola, Inc | | | | | Sell | 05/07 | J | A | |
| 32.  -Coca Cola Co | | | | | Sell | 11/09 | J | C | |
| 33.  -Worthington Inds,Inc | | | | | Sell | 08/09 | J | B | |
| 34.  -Molex, Inc | | | | | Buy | 04/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Walgreen Co | | | | | Buy | 05/08 | J | | |
| 36. -IBM | | | | | Buy | 05/17 | J | | |
| 37. -IBM | | | | | Buy | 12/14 | J | | |
| 38. -Allied Cap Corp | | | | | Buy | 09/11 | J | | |
| 39. -Abbott Labs | | | | | Buy | 09/17 | J | | |
| 40. -Grainger, WW, Inc | | | | | Buy | 10/17 | J | | |
| 41. -Dover Corp | | | | | Buy | 10/24 | J | | |
| 42. IRA ACCT. C | A | Div & Int | K | T | | | | | |
| 43. -Pershing Govt Acct (Money market fund) | | | | | | | | | |
| 44. -General Electric Co com | | | | | | | | | |
| 45. -Home Depot, Inc | | | | | Sell | 09/10 | J | | |
| 46. -Grainger, WW, Inc | | | | | Sell | 07/12 | J | B | |
| 47. -Motorola, Inc | | | | | Sell | 05/07 | J | | |
| 48. -Walgreen Co | | | | | Buy | 05/08 | J | | |
| 49. -Walgreen Co | | | | | Buy | 07/20 | J | | |
| 50. -Grainger, WW, Inc | | | | | Buy | 10/17 | J | | |
| 51. -IBM | | | | | Buy | 12/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 53. -Barrick Gold com | A | Dividend | J | T | | | | | |
| 54. -Abbott Laboratories com. | A | Dividend | K | T | | | | | |
| 55. -Hewlett-Packard Inc. com. | A | Dividend | K | T | | | | | |
| 56. -McDonald's Corp. com. | A | Dividend | J | T | | | | | |
| 57. -Southwest Airlines com. | A | Dividend | J | T | | | | | |
| 58. -Pepsico Inc com | A | Dividend | K | T | | | | | |
| 59. -Regions Financial Corp | A | Dividend | J | T | | | | | |
| 60. -Regions Financial Corp | | None | J | T | Buy | 11/05 | J | | |
| 61. -Texas Instruments, Inc com | A | Dividend | | | Sell | 06/29 | J | B | |
| 62. -PPG Industries com | A | Dividend | J | T | | | | | |
| 63. -Alliance Govt Reserve (Money market fund) | A | Dividend | K | T | | | | | |
| 64. -Home Depot Inc com | A | Dividend | J | T | | | | | |
| 65. -General Electric Co com | A | Dividend | K | T | | | | | |
| 66. -Automatic Data Processing, Inc com | A | Dividend | J | T | | | | | |
| 67. -Pfizer, Inc com | A | Dividend | J | T | | | | | |
| 68. -Kimberly Clark Corp com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Nokia Corp Sponsored ADR | | None | | | Sell | 01/11 | J | | |
| 70. -Johnson & Johnson com | A | Dividend | J | T | | | | | |
| 71. -Allstate Corp com | A | Dividend | J | T | | | | | |
| 72. -Chevron Corp com | A | Dividend | J | T | | | | | |
| 73. -3M Company com | A | Dividend | K | T | | | | | |
| 74. -Colgate-Palmolive Co com | A | Dividend | K | T | | | | | |
| 75. -Walgreen Co com | A | Dividend | J | T | | | | | |
| 76. -Sysco Corp com | | None | | | Sell | 01/08 | J | | |
| 77. -Grainger, WW, Inc | A | Dividend | K | T | | | | | |
| 78. -Grainger, WW, Inc | A | Dividend | | | Sell | 07/12 | K | C | |
| 79. -Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 80. -Merck & Co, Inc | A | Dividend | K | T | | | | | |
| 81. -United Parcel Service, Inc | A | Dividend | J | T | | | | | |
| 82. -Harley-Davidson, Inc | A | Dividend | | | Sell | 09/12 | J | | |
| 83. -Intel Corp | A | Dividend | K | T | | | | | |
| 84. -Royal Dutch Shell PLC | A | Dividend | K | T | | | | | |
| 85. -Illinois Tool Works, Inc | A | Dividend | | | Sell | 01/10 | J | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | | P4 –More than $50,000,000 | | |
| 3. Value Method Codes | Q –Appraisal | R –Cost (Real Estate Only) | S –Assessment | T –Cash Market | |
| (See Column C2) | U –Book Value | V –Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 87. -Regions Financial Corp | A | Dividend | J | T | | | | | |
| 88. -Protective Life Corp com | A | Dividend | J | T | | | | | |
| 89. -Citibank NA Bank Deposit Program (Money market fund) | A | Interest | | | Sell | 03/27 | J | | |
| 90. -General Electric Co com | A | Dividend | J | T | | | | | |
| 91. -Intel Corp | A | Dividend | J | T | | | | | |
| 92. -Western Asset Money Market Fund | A | Dividend | J | T | Buy | 03/27 | J | | |
| 93. -Abitibibowater, Inc | | None | J | T | Buy | 10/30 | J | | |
| 94. -Regions Financial Corp | | None | J | T | Buy | 11/05 | J | | |
| 95. -Regions Financial Corp | | None | J | T | Buy | 12/23 | J | | |
| 96. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 97. -Federal Government Reserves | A | Dividend | J | T | | | | | |
| 98. -Disney Walt Co Holding Co | A | Dividend | J | T | | | | | |
| 99. -Grainger, WW, Inc | A | Dividend | J | T | | | | | |
| 100. -Citadel Broadcasting Corp | A | Dividend | J | T | Spinoff | 06/18 | J | | Disney Walt Holding Co |
| 101. Scudder Var. Life Invest. Fund (Charter Nat'l - money market | | None | L | T | | | | | |
| 102. ▆▆▆▆ Test Tr for J. Foy Guin | A | Dividend | | | Terminated | 05/05 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $2‹,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/14/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item V. Other gifts

I hold an honorary membership in the Downtown Rotary Club in Birmingham, Alabama. I attend six to eight meetings per year, but pay only for meals. I have no vote and take no part in the club policy or decision making. Value of membership is unknown. As explained in my letter of July 6, 1995, an appropriate dollar value for this honorary menbership would be no more than $1.00. I am really only a guest who pays $13.00 for a $6.00 meal. In no way can this honorary menbership be said to have any value. There is no such thing as "a basic membership with like privileges".

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/14/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544